# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 28, 2025

Clerk
United States Court of Appeals for the Fifth
Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Cedric Allen Ricks
v. Eric Guerrero, Director, Texas Department of Criminal Justice,
Correctional Institutions Division
Application No. 24A836
(Your No. 23-70008)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on February 28, 2025, extended the time to and including April 15, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst

U.S. COURT OF APPEALS
RECEIVED
MAR 14 2025
FIFTH CIRCUIT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Jeremy Don Schepers
Office of the Federal Public Defender, NDTX
525 S. Griffin St., Ste. 629
Dallas, TX 75202


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130